THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABRAHAM BECKER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 8, 1923; decided October 26, 1923.)

APPEAL from a judgment of the Bronx County Court, rendered December 26, 1922, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Alexander A. Mayper* and *Charles V. Halley, Jr.*, for appellant.

*Edward J. Glennon,* District Attorney (*Albert Cohn* and *George B. DeLuca* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY SANTANELLO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 8, 1923; decided October 26, 1923.)

APPEAL from a judgment of the Supreme Court, rendered April 5, 1922, at a Trial Term for the county of Broome upon a verdict convicting the defendant of the crime of murder in the first degree.

*H. J. Hennessey, Charles H. Burnett* and *Anthony Fischette* for appellant.

*Urbane C. Lyons,* District Attorney (*Ray T. Hackett* and *Frank L. Wooster* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.